# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

```
ANDREW WILLIAM ECKERD,        |
                              |
        Plaintiff,            |   2:24-cv-14
                              |
    v.                        |
                              |
SHERIFF E. NEAL JUMP, et al., |
                              |
        Defendants.           |
```

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Plaintiff's Complaint based on his failure to state a claim. Dkt. No. 23. Plaintiff filed Objections to the Report and Recommendation. Dkt. No. 27. Plaintiff also filed a motion to amend, and the Magistrate Judge granted that motion on February 13, 2025, allowing Plaintiff 14 days to amend his Complaint. Dkt. Nos. 25, 30. Plaintiff has not filed an Amended Complaint, and the time to do so has elapsed. In light of the Magistrate Judge allowing Plaintiff to amend his Complaint, I deferred ruling on Plaintiff's Objections and the Report and Recommendation. Dkt. No. 31. However, because Plaintiff has not submitted his Amended Complaint, the Report and Recommendation and Objections are ripe for review.

Nothing in Plaintiff's Objections shows the Magistrate Judge erred in concluding that Plaintiff fails to state a claim upon

which relief can be granted, dkt. no. 13, nor does my review of the record of this case reveal the Magistrate Judge erred in making his recommendation. Thus, after an independent and de novo review of the entire record, I **OVERRULE** Plaintiff's Objections and **ADOPT** the Magistrate Judge's Report and Recommendation as the opinion of the Court. I **DISMISS** Plaintiff's Complaint, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Plaintiff *in forma pauperis* status on appeal.[1]

**SO ORDERED**, this 13 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Additionally, Plaintiff's Complaint is due to be dismissed because he failed to follow an Order of this Court. Dkt. No. 30 (directing Plaintiff to file an Amended Complaint within 14 days of the February 13, 2025 Order and advising Plaintiff of the consequences of his failure to do so).